No. 514. GUESS, ADMINISTRATRIX, *v.* READ. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Donald V. Organ* for petitioner.

No. 28, Misc. BURNS *v.* OHIO. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. C. Watson Hover* and *Harry C. Schoettmer* for respondent.

No. 217, Misc. PRESLEY *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *George B. Cavanagh* for petitioner. *Thomas B. Finan,* Attorney General of Maryland, and *Robert F. Sweeney,* Assistant Attorney General, for respondent.

No. 275, Misc. AGNELLO *v.* BRYANT ET AL. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, for respondents.

No. 365, Misc. MARTIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 411, Misc. MILES *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 478, Misc. DREW *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied. Petitioner *pro se. Louis F. McCabe* and *James C. Crumlish, Jr.* for respondent.